*E-FILED: January 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN AGUILERA and MARIA I. AGUILERA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-I; RECONTRUST COMPANY, N.A.,<br><br>Defendants. | No. C11-05466 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The initial case management conference is continued to **March 13, 2012, 1:30 p.m.** Related deadlines are adjusted accordingly.

Additionally, the Aguileras are reminded that this case was randomly assigned to the undersigned magistrate judge for all purposes, including trial. In accordance with 28 U.S.C. § 636, the magistrate judges of this district are designated to conduct any and all proceedings in a civil case (including trial and entry of judgment), upon consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district judge.

Parties have the right to decline to proceed before a magistrate and to request reassignment to a district judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). The Aguileras shall, **no later than January 25, 2012**, inform the court whether they consent to magistrate judge jurisdiction or whether they request reassignment to a district judge by filing either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: January 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:11-cv-05466-HRL

2   Martin Aguilera
    270 Cambridge Drive
3   Watsonville, CA 95076

4   Maria I. Aguilera
    270 Cambridge Drive
5   Watsonville, CA 95076