*E-FILED: March 7, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN AGUILERA and MARIA I. AGUILERA,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-I; RECONTRUST COMPANY, N.A.,<br><br>  Defendants. | No. C11-05466 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Pursuant to court order and Civ. L.R. 73-1, plaintiffs were to have filed either a consent or declination to proceed before a United States Magistrate Judge by January 25, 2012. They have not yet done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636. All appearances scheduled before the undersigned are vacated.

SO ORDERED.

Dated: March 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05466-HRL

2  Martin Aguilera
   270 Cambridge Drive
3  Watsonville, CA 95076

4  Maria I. Aguilera
   270 Cambridge Drive
5  Watsonville, CA 95076