1

2

3

4                                                    **E-FILED on**    5/24/12

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   MARIA I. AGUILERA,                     No. 11-05466 RMW

13              Plaintiff,

                                            ORDER DISMISSING CASE WITHOUT
14       v.                                 PREJUDICE

15   U.S. Bank N.A. et al.,

16              Defendants.

17

18          On April 6, 2012, the court denied plaintiff's application for leave to file *in forma pauperis*

19   under 28 U.S.C. § 1915(a), finding that her complaint lacked merit and appeared to be an attempt to

20   forestall foreclosure. *See* Dkt. No. 10.  Plaintiff was instructed that if she did not pay the filing fee

21   by April 20, 2012, her case would be dismissed without prejudice.  Plaintiff has failed to pay the

22   filing fee or take any other action in response to the court's order.  Accordingly, the court dismisses

23   the instant action without prejudice.  The case management conference set for June 1, 2012 is

24   therefore vacated.  The clerk shall close the file.

25

26

27   DATED:        May 24, 2012

                                            _____
28                                          RONALD M. WHYTE
                                            United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE—No. 11-05466 RMW