**E-FILED on** __5/24/12__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. AGUILERA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Bank N.A. et al.,<br><br>    Defendants. | No. 11-05466 RMW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

    On April 6, 2012, the court denied plaintiff's application for leave to file *in forma pauperis* under 28 U.S.C. § 1915(a), finding that her complaint lacked merit and appeared to be an attempt to forestall foreclosure. *See* Dkt. No. 10. Plaintiff was instructed that if she did not pay the filing fee by April 20, 2012, her case would be dismissed without prejudice. Plaintiff has failed to pay the filing fee or take any other action in response to the court's order. Accordingly, the court dismisses the instant action without prejudice. The case management conference set for June 1, 2012 is therefore vacated. The clerk shall close the file.

DATED:    May 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE—No. 11-05466 RMW