**E-FILED on**    5/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. AGUILERA,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. Bank N.A. et al.,<br><br>      Defendants. | No. 11-05466 RMW<br><br>JUDGMENT |

    On May 24, 2012, the court dismissed this action without prejudice.  Therefore, it is hereby adjudged that plaintiff takes nothing by way of her complaint and that judgment be entered in favor of defendants.

DATED:     May 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT —No. 11-05466 RMW